1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   PETER J. VAN ZANDT, SB# 152321
2     E-Mail: Peter.VanZandt@lewisbrisbois.com
   SALAYHA K. GHOURY, SB# 315392
3     E-Mail: Salayha.Ghoury@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   SISKIYOU CENTRAL CREDIT UNION
7

8  ELLIOT GALE, SB#263326)
      E-Mail: egale@gajplaw.com
9  JOE ANGELO, SB#268542
      E-Mail: jangelo@gajplaw.com
10 **GALE, ANGELO, JOHNSON, & PRUETT, P.C**
   1430 Blue Oaks Blvd., Ste. 250
11 Roseville, CA 95747
   Telephone:  (916) 290-7778
12 Fax:  (916) 721-2767

13 Attorneys for Plaintiff
   TRACY HAWKS
14

15                      UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17

| | |
|---|---|
| 18  TRACY HAWKS, | Case No. 2:21-cv-01430-KJM-DMC |
| 19           Plaintiff, | **STIPULATION TO EXTEND DEFENDANT SISKIYOU CENTRAL CREDIT UNION'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| 20      vs. | |
| 21  EQUIFAX INFORMATION SERVICES, LLC; SISKIYOU CENTRAL CREDIT UNION, | |
| 22 | **ORDER** |
| 23           Defendant. | |

24

25         Pursuant to Local Rule 144(a), Plaintiff TRACY HAWK and Defendant SISKIYOU

26 CENTRAL CREDIT UNION ("Siskiyou") (collectively, the "Parties"), by and through their

27 undersigned counsel, hereby submit this Stipulation to Extend Defendant Siskiyou Central Credit

28 Union's Deadline to Answer Plaintiff's Complaint for Damages.

WHEREAS, Plaintiff filed a Complaint for Damages with this Court on August 11, 2021 (Dkt. No. 1);

WHEREAS, Siskiyou had 21 days to respond the Complaint for Damages;

WHEREAS, Siskiyou's deadline to respond to the Complaint for Damages was September 7, 2021;

WHEREAS, the Parties stipulated to a 30-day extension for Siskiyou's deadline to respond;

WHEREAS, Siskiyou's deadline to respond to the Complaint is October 7, 2021;

WHEREAS, the extension will not alter the date of any event or any deadline already fixed by this Court;

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate that Siskiyou shall Answer to the Complaint on or before October 7, 2021.

**IT IS SO STIPULATED.**

DATED: September 7, 2021         GALE, ANGELO, JOHNSON, & PRUETT, P.C.

By: _____/s/ Elliot Gale_____
Elliot Gale, Esq.
Joe Angelo, Esq.
Attorneys for Plaintiff
TRACY HAWKS

DATED: September 7, 2021         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Salayha K. Ghoury_____
Peter J. Van Zandt, Esq.
Salayha K. Ghoury, Esq.
Attorneys for Defendant
SISKIYOU CENTRAL CREDIT UNION

**ORDER**

For good cause shown, the court adopts the parties' stipulation. Defendant Siskiyou shall file its answer to the complaint on or before October 7, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 12.

DATED: September 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE