**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY HAWKS,<br><br>              Plaintiff,<br><br>       v.<br><br>SISKIYOU CENTRAL CREDIT UNION,<br><br>              Defendant. | No.  2:21-CV-1430-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  In light of the notice of settlement filed on December 1, 2021, see ECF No 18, the scheduling conference set for December 8, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated.

IT IS SO ORDERED.

Dated:  December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1